UNITED STATES BANKRUPTCY COURT
FOR THE MARYLAND DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| IN RE:<br><br>PHILLIP MAURICE POPE<br><br>Debtor | Chapter 13<br>Case No. 17-15049-WIL |
| SPECIALIZED LOAN SERVICING LLC.<br><br>Movant<br><br>v.<br><br>PHILLIP MAURICE POPE<br>      (Debtor)<br><br>KIM LOREN POPE<br>      (Co-Debtor)<br><br>TIMOTHY P. BRANIGAN<br>      (Trustee)<br><br>Respondents | Ref. Dkt. #33, 45, 53 |

### **AFFIDAVIT OF DEFAULT TERMINATING THE AUTOMATIC STAY**

COMES NOW, Specialized Loan Servicing, LLC. ("SLS") by undersigned counsel hereby gives notice of the following:

1. That a Consent Order Modifying Automatic Stay ("Consent Order") was entered by this Court on November 09, 2017.

2. That pursuant to the terms of the Consent Order, a Notice of Default was served and filed on October 4, 2018 and a second Notice of Default was served February 21, 2019.

Pursuant to the terms of the Consent Order and Notice of Default entered herein and the Debtor's failure to make timely payments has resulted in more than two Notices of Default, the

Automatic Stay and Co-Debtor Stay is terminated and SLS is free to exercise its rights under the terms of the Note and Deed of Trust.

Date:   July 24, 2019

                                          Respectfully submitted,

                                           /s/ **Kathryn Smits**
                                          Kathryn Smits, Bar #13912
                                          Elizabeth M. Abood-Carroll, Bar #20631
                                          Orlans PC
                                          PO Box 2548
                                          Leesburg, VA 20177
                                          (703) 777-7101
                                          Attorneys for Specialized Loan Servicing, LLC.
                                          jtarburton@orlans.com
                                          ksmits@orlans.com
                                          eabood-carroll@orlans.com

## CERTIFICATE OF SERVICE

The undersigned states that on July 24, 2019, copies of the foregoing Notice of Intent to Foreclose were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Timothy P. Branigan
9891 Broken Land Parkway, Suite 301
Columbia, MD 21046
cmecf@chapter13maryland.com
*Bankruptcy Trustee*

Kimberly D. Marshall
603 Post Office Road
Suite 209
Waldorf, MD 20602
somdbankruptcy@aol.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Intent to Foreclose to the following non-ECF participants:

Phillip Maurice Pope
4400 Pleasant Court
Huntington, MD 20639
*Debtor*

Kim Loren Pope
4400 Pleasant Court
Huntingtown, MD 20639
*Co-Debtor*

/s/ Kathryn Smits
John E. Tarburton, Esquire
Kathryn Smits, Esquire
Elizabeth M. Abood-Carroll, Esquire